PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

FILED
DEC 15 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
__CIVIL__ DIVISION

ROY WRIGHT VAUGHAN JR #579789
Plaintiff's Name and ID Number

COMAL COUNTY JAIL
3000 SOUTH IH 35 NEW BRAUNFELS TX 78130
Place of Confinement

CASE NO. SA21CA1247 JKP
(Clerk will assign the number)

v. COMAL COUNTY SHERIFFS OFFICE
COMAL COUNTY JAIL
3000 SOUTH IH 35 NEW BRAUNFELS TX 78130
Defendant's Name and Address

JASMINE KSZAN #3355
3000 SOUTH IH 35 NEW BRAUNFELS TX 78130
Defendant's Name and Address

_____
Defendant's Name and Address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES _X_ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

           Plaintiff(s)_____

           Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: COMAL COUNTY JAIL 3000 SOUTH IH 35 NEW BRAUNFELS TX 78130

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ROY WRIGHT VAUGHAN JR #579789 3000 SOUTH IH 35 NEW BRAUNFELS TX 78130

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: COMAL COUNTY SHERIFFS OFFICE COMAL COUNTY JAIL 3000 SOUTH IH 35 NEW BRAUNFELS TX 78130

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FAILURE TO EMPLOY PROPERLY TRAINED CORRECTIONS OFFICER

Defendant #2: MAIL ROOM JASMINE KSZAN #3355 COMAL COUNTY JAIL 3000 SOUTH IH 35 NEW BRAUNFELS TX 78130

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
VIOLATED MY FIRST AMENDMENT FREEDOM OF SPEACH BY NOT SENDING OUT MY MAIL THAT SHE DID NOT LIKE WHAT WAS SAID

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Where - The Comal County Jail 3000 S. IH35 New Braunfels Tx 78130 on 08/12/2021 I wrote a letter to my friend Wyatt Pollard it was returned a few days later with a note stuck to the envelope that said will not send out due to "disrespect of staff" major violation. From Jasmine Kszan #3355. She violated my civil right of free speech by not mailing it. It is only my opinion and the truth in the letter she did not like. The Comal County Sheriffs Office has not trained officer in handling the mail or the U.S. Constitution and Bill of Rights

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary compensation, nominal and punitive damages to train all officers better regarding the Constitution and mail

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Roy Wright Vaughan Jr.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#579789 Comal County Jail    #81327426 TDCJ

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied?   ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES  _X_NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: 12/07/2021
DATE

ROY WRIGHT VAUGHAN JR
_Roy W Vaughn Jr_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___07___ day of ___12___, 20 _21_.
(Day)                (month)              (year)

ROY WRIGHT VAUGHAN JR.
_Roy W Vaughn Jr_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**
(ONLY ONE REQUEST PER FORM)

NAME: Roy Vaughan    CELL: DSP4
PURPOSE OF FORM: (CHECK ONLY ONE)    SPN #: 579789
1. REQUEST ___   2. GRIEVANCE ✗   3. MEDICAL ___   4. OTHER ___

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

I would like to file a formal grievance about my mail being returned the letter of 08/12/2021 and my civil rights being violated

INMATE SIGNATURE: [signed]   DATE/TIME: 09/08/2021
JAILER SIGNATURE & BADGE #: Nelson 3377   DATE/TIME: 9/8/21 17:50

RESPONSE: Grievance #598 issued
Sgt Ebel 3747

INMATE SIGNATURE: [signed]
JAILER SIGNATURE & BADGE #: Sgt Ebel 3747   DATE/TIME: 9-17-2021/1546

White-Inmate file when completed   Yellow-Response to inmate request   Pink-Original inmate copy

---

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**
(ONLY ONE REQUEST PER FORM)

NAME: Roy Vaughan IV    CELL: DSP4
PURPOSE OF FORM: (CHECK ONLY ONE)    SPN #: 579789
1. REQUEST ___   2. GRIEVANCE ✗   3. MEDICAL ___   4. OTHER ___

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

I would like to file a formal grievance about my mail being returned the letter of 08/12/2021 and my civil rights being violated

INMATE SIGNATURE: [signed]   DATE/TIME: 09/11/2021
JAILER SIGNATURE & BADGE #: M. Hamilton 3436   DATE/TIME: 9/11/21

RESPONSE: Grievance #598 issued
Sgt Ebel 3747
9-17-2021

INMATE SIGNATURE: [signed]
JAILER SIGNATURE & BADGE #: Sgt Ebel 3747   DATE/TIME: 9-17-2021/1546

White-Inmate file when completed   Yellow-Response to inmate request   Pink-Original inmate copy

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**
(ONLY ONE REQUEST PER FORM)

NAME: Roy Vaughan   CELL: DSP4
PURPOSE OF FORM: (CHECK ONLY ONE)   SPN #: 579785
1. REQUEST ___   2. GRIEVANCE ___   3. MEDICAL ___   4. OTHER: EBERT

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

I AM FINISHED FILL OUT GRIEVANCE # 598 YOU CAN COME PICK IT UP

INMATE SIGNATURE   DATE/TIME: 9/23/2021   JAILER SIGNATURE & BADGE #: 3354   DATE/TIME: 9-23-21

RESPONSE: will look into it have they been picked up. Mrs. Delgado 332

INMATE SIGNATURE   DATE/TIME   JAILER SIGNATURE & BADGE #   DATE/TIME

White-Inmate file when completed   Yellow-Response to inmate request   Pink-Original inmate copy

---

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**
(ONLY ONE REQUEST PER FORM)

NAME: Roy Vaughan   CELL: DSP 4
PURPOSE OF FORM: (CHECK ONLY ONE)   SPN #: 579785
1. REQUEST ___   2. GRIEVANCE X   3. MEDICAL ___   4. OTHER: EBERT

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

I AM FINISHED FILLING OUT GRIEVANCE FORM # 598 YOU CAN COME PICK IT UP

INMATE SIGNATURE   DATE/TIME: 09/26/2021   JAILER SIGNATURE & BADGE #: 3400   DATE/TIME: 9-26-21

RESPONSE: Repeat request Mrs. Delgado 403

INMATE SIGNATURE   DATE/TIME   JAILER SIGNATURE & BADGE #   DATE/TIME

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**
(ONLY ONE REQUEST PER FORM)

NAME: Roy Vaughn IV  CELL: D5P4
PURPOSE OF FORM: (CHECK ONLY ONE)  SPN #: 575785
1. REQUEST ____  2. GRIEVANCE X  3. MEDICAL ____  4. OTHER ____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

I would like to file a formal grievance about my mail being return the letter of 09/12/2021 and my civil rights being violated.

INMATE SIGNATURE / DATE/TIME: 9/17/2021
JAILER SIGNATURE & BADGE #: 3341 Kinsey / DATE/TIME: 9-17-21 0958

RESPONSE: This issue of claim has been previously addressed. You were given the opportunity to correct and send out the piece in question. Your complaint is addressed.

3311 J. Shreal 9/5/21

INMATE SIGNATURE / DATE/TIME
JAILER SIGNATURE & BADGE #: O. Camillo 3437 / DATE/TIME: 9-29-21

White-inmate file when completed    Yellow-Response to inmate request    Pink-Original inmate copy

---

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**
(ONLY ONE REQUEST PER FORM)

NAME: Roy Vaughn IV  CELL: D5P4
PURPOSE OF FORM: (CHECK ONLY ONE)  SPN #: 575785   EBERT #3347
1. REQUEST X  2. GRIEVANCE ____  3. MEDICAL ____  4. OTHER ____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

I am requesting that grievance form #598 be pick up. I am finished filling it out. I was given the form on 09/17/2021 a told it would be picked up on 09/20/2021 but I was not. It is now 09/29/2021.

INMATE SIGNATURE / DATE/TIME: 09/29/2021
JAILER SIGNATURE & BADGE #: J Snelling 5132 / DATE/TIME: 9-29-21 1421

RESPONSE: Collected 10-4-2021
Sgt ___ 3340
10-4-2021

INMATE SIGNATURE / DATE/TIME
JAILER SIGNATURE & BADGE #: Garth 3348 / DATE/TIME: 10/05/21 1146

White-inmate file when completed    Yellow-Response to inmate request    Pink-Original inmate copy

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

(ONLY ONE REQUEST PER FORM)

NAME: Roy Vaughan    CELL: DSPU

PURPOSE OF FORM: (CHECK ONLY ONE)    SPN #: 579789

1. REQUEST ___X___    2. GRIEVANCE _____    3. MEDICAL _____    4. OTHER Mr. Velgado

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

I am requesting that grievance form # 598 be pick up I am finished filling it out. I was given the form on 09/17/2021 and told it would be picked up on 09/20/2021 but it was not it is now 10/01/2021

INMATE SIGNATURE: [signed]    DATE/TIME: 10/01/2021

JAILER SIGNATURE & BADGE #: [signed] 8437    DATE/TIME: 10/1/21

1725

RESPONSE: Collected 10-4-2021

[signed] 374
10-4-2021

INMATE SIGNATURE: [signed]    DATE/TIME: _____

JAILER SIGNATURE & BADGE #: [signed] 3398    DATE/TIME: 10/05/21 1116

White-inmate file when completed    Yellow-Response to inmate request    Pink-Original inmate copy

GRIEVANCE # 598

**COMAL COUNTY SHERIFF'S OFFICE**
**CORRECTIONS DIVISION**
**INMATE GRIEVANCE**

To: Administrative Sergeant

From: ROY WRIGHT VAUGHAN JR   SPN#: 579785   Cell: DSP 4

Date Filed: 09/20/2021   Date Confined: 07/04/2019

Indicate grievance that applies:

| ✓ | If you have been subject to a breach of any civil right. |  | If you have been subject to any criminal act. |  | If you have been subject to a prohibited act by any staff member. |
|---|---|---|---|---|---|
|   | If you have been subject to a denial of privileges. |  | Filing an appeal to grievance # |  |  |

The Administration Sergeant will initiate responses for all grievances within a reasonable time period. Be advised that abuse of the grievance procedure or submission of any false statements can result in disciplinary action.

Print or write legible. Include all dates, times, and names of person involved, including witnesses if necessary.

**STATEMENT**

I wish to file a grievance; I verify that my statement is true and correct to the best of my knowledge and belief.

ON 08/12/2021 I WROTE A LETTER TO A FRIEND IT WAS RETURNED WITH A NOTE FROM JASMINE KSZAN 3355 THAT SAID "WILL NOT SEND OUT DUE TO "DISRESPECT TO STAFF" MAJOR VIOLATION. I do AGREE IT IS A MAJOR VIOLATION TO MY CIVIL RIGHTS. I HAVE THE RIGHT TO MY OPINION AND TO TELL THE TRUTH. MY OPINION ABOUT THE MAIL LADY WHAT I SAID ABOUT HER. I ALSO SAID ABOUT MY SELF AND MY FRIEND BUT NOTHING WAS SAID ABOUT THAT? I ALSO TALK ABOUT BRAUN AND HIS PORN SITE. HE TOLD ME ABOUT THAT SO IF HE CAN TALK ABOUT IT HERE SO CAN I. AND MORRIS CAME TO ME BRAGGING ABOUT MENTALLY TORTURING MY FRIEND SO I WAS LETTING HIM KNOW ABOUT IT. IF HE WANTED TO FILE A GRIEVANCE. I WOULD BE GLAD TO TELL WHAT HE BRAGGED ABOUT. THERE IS NO LAW THAT SAYS

INMATE SIGNATURE: Roy WRIGHT-VAUGHAN JR

Officer picking up grievance: S.t G. Sb.L 3340   Date grievance picked up: 10-4-2021

Page 1 of 2

GRIEVANCE # 598

**COMAL COUNTY SHERIFF'S OFFICE**
**CORRECTIONS DIVISION**
**INMATE GRIEVANCE SUPPLEMENT FORM**

I or anyone else has to respect anyone that works here. That is a privilege you get from me. I wrote that in my letter also. I am a disable pre trial detainee my First Amendment Right of Freedom of Speach has been violated. If it can be said on the phone, it can be said in a letter. My friends name is Wyatt Pallord.

INMATE SIGNATURE: Roy Wright Vaughan Jr

Officer picking up grievance: Sgt Cpl Long          Date grievance picked up: 10-4-2021

Page 2 of 2

## COMAL COUNTY SHERIFF'S OFFICE

## INMATE GRIEVANCE



**COMPLETED BY: SGT EBERT #3347**

**INMATE:** VAUGHAN, ROY          **SPN#** 579789          **CELL#** D-SEP-4

**DATE:** 11-5-2021

**GRIEVANCE # 598**

Your grievance has been received and reviewed. After further investigation, your grievance is unfounded and does not meet the criteria necessary to be considered as such. According to the Comal County Inmate Handbook, issued to all inmates, and approved by The Texas Commission on Jail Standards, you have seven(7) days from the date of an incident to submit a grievance. You did not request your first grievance concerning this matter until September 6, 2021. That is twenty-five(25) days after the date of the incident you requested to file a grievance for. As stated in your grievance, the letter in question was returned to you August 12, 2021. This clearly surpasses the required time period. In addition, this complaint has been addressed previously by other staff members.
It should be noted that any mail that violates our correspondence policy or violates facility rules, as outlined in your handbook, will not be processed nor will the violations of the rules be tolerated.
This complaint has now been addressed.

| Signature | Date |
|---|---|
| Grievance Board Member | 11-5-2021 |
| Grievance Board Member | 11-5-2021 |
| Grievance Board Member | 11-5-2021 |
| Inmate Receiving | DATE |

## PLEASE RETURN TO ADMIN SGT.

## Comal County Sheriff's Office
## Corrections Division
## Inmate Grievance



**To Inmate**: VAUGHAN, ROY          **SO #**: 579789          **Cell#**: D-SEP-4

**From**: SGT. EBERT #3347

**Grievance** : 598

Indicated grievance that applies:

| | | | | | |
|---|---|---|---|---|---|
| X | If you have been subject to a breach of any civil right | | If you have been subject to any criminal act | | If you have been subject to a prohibited act by any staff member |
| | If you have been subject to a denial of privileges | | Filing an appeal to Grievance #: | | |

Your grievance has been turned in and is being looked into. As stated in the Comal County Inmate Rule Book you will receive a written interim response within FIFTEEN (15) days. **This is your interim response.** You will be provided a final written response within SIXTY (60) days of receipt of your grievance.

| *Sgt G. Ebert 3347 Sgt R. Ebert 3347* | 3347 | 10-6-2021 |
|---|---|---|
| Officer answering grievance | Badge # | Date |

| _____ | _____ | _____ |
|---|---|---|
| Officer giving form | Badge # | Date |

| _____ | _____ | _____ |
|---|---|---|
| Inmate receiving form | SPN | Date |

**PLEASE RETURN TO ADMIN SERGEANT**

TELL YOUR ATTORNEY SHOW ME THAT LAW, HE WONT HE CAN'T THERE IS NOT ONE. HE IS TRYING TO MAKE YOU PANIC TO SCARE YOU INTO A DEAL. THAT HOW THE GAME IS PLAYED DON'T PANIC DON'T BE SCARED YOU ARE INNOCENT

Wyatt POW #63565   8/12/21

FIRST OF ALL YOUR ATTORNEY IS LYING TO YOU WITNESS TAMPERING IS WITNESS TAMPERING NO MATTER WHO DOES IT JUST BECAUSE THERE THE TEXAS WTF DOES MEAN THEY CAN DO IT ASK HIM TO SHOW YOU THE LAW THAT SAYS THEY CAN DO THAT I BET HE CAN'T THERE IS NOT ONE YOU GO TO JURY TRIAL YOU WILL BEAT THIS YOU ARE INNOCENT YOU KNOW THAT I KNOW THAT WE ALL KNOW THAT YOUR ATTORNEY DOES NOT CARE ABOUT YOU IT'S JUST EASYER FOR HIM IF YOU TAKE A DEAL YOU GO TO PRISON NOT HIM GO TO JURY TRIAL I AM I KNOW I'M INNOCENT I AM FIRING THIS ATTORNEY AND GETTING A NEW ONE FIRST I HAVE TO SHOW HER SOMETHING??? I SENT YOU PLN BACK WITH BRAUN A FEW DAYS AFTER YOU MOVED I JUST ASKED HIM A MINUTE AGO HE SAYS HE DOES NOT REMEMBER ANYTHING ABOUT IT SO I DON'T KNOW WHAT TO SAY MAYBE SOMEONE PUT IT IN YOUR PROPERTY ASK THEM TO CHECK SORRY BRO BUT I STILL HAVE THAT BOOK TO TRADE OR FOR SELL I'LL DISCOUNT FOR YOU TO $49.99 THAT'LL BE 2 CARE PACKS AND ANOTHER BOOK. DON'T WAIT TO LONG IT'S A HOT ITEM IT'LL GO FAST. SEE IF GOLDSTEN HAS MY EPOCH TIMES NEWS PAPER HE TOOK OFF WITH IT MAYBE WE CAN MAKE SOME KIND OF TRADE. I'M RUNNING LOW ON PAPER SO I'LL HAVE TO WRITE ON THE BACK OF THIS IF THE STUPID MAIL BITCH SAYS IT'S O.K. WITH

MORIS CAME TO ME BRAGGING ABOUT WHAT HE DID TO YOU YOU HAVE FREEDOM OF SPEACH IF HE DOES NOT LIKE IT HE CAN GO WORK SOMEWHERE ELSE IF YOU WANT TO FILE A GREVANCE I WILL PUT IN WRITING WHAT HE WAS BRAGGING ABOUT HE IS A STUPID LITTLE BOY LET ME KNOW BRO

HER STUPID IS AS STUPID DOES A Think about it WYATT IF YOUR ATTORNEY WAS REALLY GOING TO help you, WANTED TO WIN YOUR CASE, YOU WOULD HAVE ALREADY HAD A JURY TRIAL. HOW LONG HAS IT BEEN NOW??? IT'S A MIND GAME THE LONGER THEY LEAVE YOU IN HERE THE MORE FUCKED IN THE HEAD YOU GET, WHEN YOU GET OUT THAT ATTORNEY WILL NEVER TALK TO YOU AGAIN AND NEVER SEE YOU UNLESS YOU PAY HIM MONEY, ALOT OF MONEY, REMEMBER YOUR NOT WORTH HIS TIME SO DON'T BE FOOLED, I'M NOT. look WHAT MY ATTORNEYS DOING TO ME, SHE JUST SENT ME ANOTHER LETTER WITH THE SAME OFFER??? AFTER I have TOLD HER OVER AND OVER NO OFFERS will BE ACCEPTED NONE, AT THE SAME TIME SHE SAID I THINK YOU CAN BEAT THE CHARGE??? DID NOT SAY I THINK YOUR INNOCENT JUST YOU CAN BEAT IT. SHE HAS NEVER ASK ME WHAT HAPPENED??? Why NOT IF MY ATTORNEY CARED ANYTHING ABOUT ME THIS WOULD HAVE BEEN OVER A long TIME ago. I KNOW IT YOU KNOW IT SO ANYTIME ASK YOUR ATTORNEY TO show you THE LAW FORCE HIS HAND TELL him NO OFFERS JURY TRIAL NOT EVEN THE PRESIDENT OF THE USA CAN TAMPER WITH A WITNESS SO HOW CAN THEY??? YOUR ATTORNEY NEVER TRYED TO HAVE YOU DECLARED A MINOR DID HE? DID NOT EVER FILE THAT MOTION. WHAT MOTIONS has he FILED ON YOUR BEHALF ANY? ASK him TO SHOW YOU, IN PERSON NOT ON TV VIDEO what is this A DRIVE THRU WINDOW? MORE LIKE A DRIVE BY YOUR GETTING FUCKED

WELL ANYWAY SORRY ABOUT THE PLN HAVE THEM LOOK IN CHECK YOUR PROPERTY BRAUN SAYS HE DON'T GIVE A SHIT YOU KNOW WHAT YOU SHOULD DO. HAVE YOUR MOTHER GO ON LINE LOOK UP BRAUNS PORN SITE. YES BRAUN SELLS HIS DICK ON LINE PICTURES ANYWAY AND HAVE HER SEND YOU ONE THEN TRADE HIM FOR IT. HA HA HAVE HER SEND ME ONE I WANT TO SEE HIS DICK. HE SAYS IT DON'T COST MUCH HE HAS A SMALL DICK BUT A DICKS A DICK. HE SAYS HE HASN'T MADE MUCH MONEY? I AM SUPRISED THEY LET PEOPLE THAT WORK HERE DO THAT. I WONDER IF HIS WIFE IS ON THERE TOO???

HEY LOOK AT IT THIS WAY IF WE BOTH LOSE WE CAN GO TO PRISON TOGETHER AND YOU CAN BE MY BITCH AND I'LL BE YOURS NAH WE'LL BOTH WIN. WE ARE INNOCENT.

TELL LAIRD IF HE'S INNOCENT TO GO TO JURY TRIAL OR IS HE??? TELL GOLDSTEN I WANT MY PAPER BACK WELL YOU KNOW YOUR LIKE THE SON I NEVER WANTED BUT YOU CAN STILL CALL MY DADY WHEN I SPANK YOU HA HA

LATTER BRO

THIS NEW LAW LIBRARY IS BADASS IT IS SO EASY TO FIND STUFF WE GOT A VIDEO PHONE BACK HERE SO WE GOT LAW LIBRARY NOW.

WHEN WE GET OUT I'LL HANG OUT WITH YOU IF YOU PROMISSE NOT TO TURN ANY MORE TRICKS. LOOK WHAT HAPPEN THE LAST TIME O THE FIRST TIME SHE FUCKED YOU AT LEAST YOUR NO A VERGAN ANY MORE. HELL I WANT HER TO FUCK ME TOO NO I'LL FUCK HER

IF THEY CAN DO WITNESS TAMPERING THAT MEANS YOU CAN TO DON'T IT. BETTER SHOW ME THAT LAW

POW#579789

8/12/21

IT'S A TWO-MAN CON GAME:

<u>ONE</u> THE PROSECUTOR
<u>TWO</u> THE PUBLIC DEFENDER

THEY ARE <u>BOTH</u> <u>PROSECUTING YOU</u>

TWO-MEN APPEAR TO BE ON OPPOSITE SIDES, <u>PLAYING THE SAME GAME</u>
<u>CONVICTING THE INNOCENT</u>
THE ONLY WAY TO WIN THERE GAME?
GO TO JURY TRIAL PUTTIN
THE HANDS OF THE JURY

I KNOW IT'S CROOKED. BUT IT'S THE ONLY GAME IN TOWN.
IF YOU KNOW IT'S CROOKED YOU CAN BEAT IT. (CANADA BILL JONES SAID THAT)

# I AM

# <u>INNOCENT</u>

# <u>NO</u> <u>OFFER</u> WILL BE ACCEPTED <u>NONE</u>

8/12/21

HAVE Rhonda look up FOR ME ANY NEW COURT DATES I ALSO NEED REGISER OF ACTIONS FOR CR 2020-243 HARRASSMENT DIDN'T GET THAT ONE AND I NEED A NEW ONE FOR 2019 CR 1014 I HAVE ASKED Nobody KNOWS ANY THING ABOUT IT ??? IT SAID A COURT DATE OF 08/12/2021 BUT THEY looked SAID THEY COULD NOT FIND ONE ??? I CAN SEE THEY WHERE TRYING TO PIGGY BACK THIS ON THE OTHER ONE. BUT IT GOT DISMISSED I WAS INNOCENT HA HA HA I TOLD THEM JURY TRIAL AND THEY FOLDED HA HA GAME OVER. NOW THEY DON'T KNOW WHAT TO DO WITH 2019 CR 1014 I Told MY ATTORNEY JURY TRIAL AND I Told THE COURT, JURY TRIAL THEY ARE FUCKED NO OFFERS WILL BE ACCEPTED NOW O SHIT SO I NEED A NEW REGISTER OF ACTION TO SEE WHAT THE REAL CRIMINALS ARE UP TO. I AM GOING TO FORCE THERE HAND CALL THERE BLUFF. I KNOW I'M INNOCENT AINT GOT SHIT ON ME. IF SO SHOW ME

TELL Rhonda I REALY NEED HER HELP AND TELL HER THANK YOU FOR ME
 THANKS BRO

LET ME KNOW IF AND WHEN YOU GET THIS LETTER   8/12/21
DID YOU GET THE ONE FROM 7/28/21 ? LET ME KNOW
 8/4/21

2019 CR 1014 - RESIST ARREST — NEED NEW
CR 2020-243 - HARRASSMENT — TRIED   I ASKED TO BE PUT INTO SEG
CR 2019-788 - RETALIATION
CR 2019-787 - AGG ASSAULT DEADLY WEPON
CR 2021-178 - POSSESSON OF FIREARM   CT-2
CR 2021-178 - AGG ASSAULT DEADLY WEPON   CT-1
NEXT ???   JURY TRIALS X 6

- YOU KNOW WHAT I FIND VERY STRANGE NO ONE I MEAN NO ONE HAS ASKED ME WHAT HAPPENED WHY IS THAT I WONDER ???

I DAMAN ED RESPECT RESPECT ME NOW !!!
TELL ~~[redacted]~~ THEM MORRIS THAT RESPECT IS EARNED JUST BECAUSE THEY HAVE A UNIFORM AND BADGE DOES NOT MEAN YOU-I-OR ANYBODY HAS TO RESPECT THEM. WE HAVE FREE SPEACH RITGHS REMEMBER YOU ARE INNOCENT UNTILL PROVEN GUILTY. THEY NEED TO REMEMBER THAT

IF YOU DO NOT HEAR FROM ME AT LEAST ONCE A MONTH THAT MEANS THEY HAVE KILLED ME,

POLLARD

1) Sep 4
will not send
out due to
"disrespect to
staff"
major violation.

This NOTE WAS STUCK TO MY ENVELOPE WHEN MY LETTER WAS RETURNED TO ME. IT IS JASMINE KSZAN'S #3355 HANDWRITING