UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROY WRIGHT VAUGHAN, JR., <br> # 02381409, <br><br> Plaintiff, <br><br> v. <br><br> COMAL COUNTY SHERIFF'S DEP'T, <br> COMAL COUNTY JAIL and OFFICER <br> JASMINE KSZAN, Badge #3355, <br><br> Defendants. | § § § § § § § § § § § § § <br><br> SA-21-CV-01247-JKP |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. This Court previously rendered an order dismissing with prejudice Plaintiff Roy Wright Vaughan, Jr.'s Section 1983 claims against Defendants the Comal County Jail and the Comal County Sheriff's Department for failure to state a nonfrivolous claim. (ECF No. 15).

Based on this prior Order and upon review of this Court's Order granting summary judgment in favor of Defendant Jasmine Kszan, pursuant to Vaughan's Section 1983 claim that he was subjected to a violation of his right to free speech, the Court renders the following Final Judgment Pursuant to Fed. R. Civ. P. 58.

**IT IS THEREFORE ORDERED** that Defendant Jasmine Kszan's Motion for Summary Judgment (ECF No. 22) is **GRANTED** and Plaintiff Roy Wright Vaughan, Jr.'s Section 1983 Civil Rights Complaint (ECF No. 1) against Officer Kszan is **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

**SIGNED** this 16th day of March, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE